**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

| | |
|---|---|
| BRIAN SPENCER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHARTER FOODS, INC., and CHARTER CENTRAL, LLC; and DOES 1 to 25.<br><br>        Defendants. | Civil Action No. 3:22-cv-00021-GFVT |

<u>**NOTICE OF SETTLEMENT**</u>

Plaintiff Brian Spencer, individually and on behalf of all others similarly situated, hereby advises this Honorable Court that he has reached an agreement in principle with Defendants Charter Foods, Inc., and Charter Central, LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: November 10, 2022                    Respectfully Submitted,

                    _/s/ Jordan T. Porter_
                    Jordan T. Porter
                    jordan@nshmlaw.com
                    **NYE, STIRLING, HALE, MILLER, AND SWEET, LLP**
                    33 West Mission Street, Suite 201
                    Santa Barbara, California, 93101
                    Phone: (805) 963-2345

                    _Attorneys for Plaintiff_

## <u>CERTIFICATE OF SERVICE</u>

I, Jordan T. Porter, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 10th day of November, 2022.

<u>  /s/ Jordan T. Porter</u>
Jordan T. Porter