IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| BRIAN SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER FOODS, INC., and CHARTER CENTRAL, LLC; and DOES 1-25,<br><br>Defendants. | Civil Action No. 3:22-cv-00021 |

## STIPULATION FOR DISMISSAL

Plaintiff, BRIAN SPENCER, and Defendants, CHARTER FOODS, INC., and CHARTER CENTRAL, LLC; and DOES 1-25, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: December 13, 2022

NYE STIRLING, HALE,
MILLER, & SWEET, LLP

By:   */s/  Jordan T. Porter*
Jordan T. Porter, Esq.
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345

*Attorneys for Plaintiff*

JACKSON LEWIS, P.C.

By*:   /s/ Jennifer S. Rusie*
Jennifer S. Rusie, Esq.
611 Commerce Street, Suite 3102
Nashville, Tennessee 37203
Telephone: (615) 565-1664

*Attorneys for Defendants*

-2-

## CERTIFICATE OF SERVICE

I, Jordan T. Porter, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 13th day of December, 2022.

    */s/ Jordan T. Porter*
    Jordan T. Porter