UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
FRANKFORT

| | |
|---|---|
| BRIAN SPENCER, *Individually and on behalf of similarly situated persons*, <br><br> Plaintiff, <br><br> V. <br><br> CHARTER FOODS, INC., *et al.,* <br><br> Defendants. | Civil No. 3:22-cv-00021-GFVT <br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' Joint Stipulation of Dismissal. [R. 21.] On November 11, 2022, the parties notified the Court that they had reached a settlement. [R. 19.] Now, the parties jointly move the Court to dismiss this matter with prejudice. [R. 21.] Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Plaintiffs' Claims against Defendants are **DISMISSED WITH PREJUDICE** with the parties to bear their own costs;

2. All pending motions in this matter are **DENIED** as moot; and,

3. This matter is **STRICKEN** from the Court's active docket.

This the 19th day of December 2022.

Gregory F. Van Tatenhove
United States District Judge